1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   CR07-312-TSZ |
| v. | ) | |
| | ) | DETENTION ORDER |
| RUSTY BOSCHEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

16

17

       Count I:      Conspiracy to Distribute Marijuana, in violation of Title 21, U.S.C.,

18

                Section 841(a)(1), 841(b)(1)(A) and 846.

19

       Criminal Forfeiture Allegations, in violation of Title 21, U.S.C., Section 853(p).

Date of Detention Hearing: October 12, 2007

20

21

       The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. §

22

3142(f), and based upon the factual findings and statement of reasons for detention hereafter

23

set forth, finds that no condition or combination of conditions which the defendant can meet

24

will reasonably assure the appearance of the defendant as required and the safety of any

25

other person and the community.  The Government was represented by Adam Cornell.  The

26

defendant was represented by Richard Troberman and James Bustamante.  The Government

DETENTION ORDER
PAGE -1-

1  moved for detention to which the defendant waived the question of detention at this time.

2  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

3  (1)  There is probable cause to believe the defendant committed the drug

4  offenses of conspiracy to distribute marijuana.  The maximum penalty is

5  in excess of ten years.  There is therefore a rebuttable presumption

6  against the defendant's release based upon both dangerousness and flight

7  risk, under Title 18 U.S.C. § 3142(e).

8  (2)  The defendant is viewed as a risk of nonappearance because he has no

9  ties to the Western District of Washington, he had been living in Costa

10  Rica and has an unstable employment history as reported by U.S. Pretrial

11  Services.  At his initial appearance in the Central District of California

12  before the Honorable Margaret A. Nagle he was ordered detained before

13  transfer to this district.

14  Based upon the foregoing information, which is also consistent with the

15  recommendation of detention by U.S. Pre-trial Services, it appears that there is no

16  condition or combination of conditions that would reasonably assure future Court

17  appearances and/or the safety of other persons or the community.

18  **It is therefore ORDERED**:

19  (l)  The defendant shall be detained pending trial and committed to the

20  custody of the Attorney General for confinement in a correction facility

21  separate, to the extent practicable, from persons awaiting or serving

22  sentences or being held in custody pending appeal;

23  (2)  The defendant shall be afforded reasonable opportunity for private

24  consultation with counsel;

25  (3)  On order of a court of the United States or on request of an attorney for

26  the Government, the person in charge of the corrections facility in which

DETENTION ORDER
PAGE -2-

1          the defendant is confined shall deliver the defendant to a United States

2          Marshal for the purpose of an appearance in connection with a court

3          proceeding; and

4    (4)    The clerk shall direct copies of this order to counsel for the United

5          States, to counsel for the defendant, to the United States Marshal, and to

6          the United States Pretrial Services Officer.

7    DATED this 16th day of October, 2007.

9

10                    U.S. Magistrate Judge, Monica J. Benton

DETENTION ORDER
PAGE -3-